United States Bankruptcy Court
District of Arizona

In re: Case No. 26-02707-EPB
BEDER P KHAN Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: admin 
Date Rcvd: Jul 06, 2026 Form ID: 318 Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BEDER P KHAN, 20870 W. RIDGE ROAD, BUCKEYE, AZ 85396-1585 |
| 18097931 | + | Jeralyn Faile, 1221 N. Dysart Road, Avondale AZ 85323-1527 |
| 18097933 | + | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco CA 94105-1909 |
| 18097944 | + | Tbom/cci Mc, The Bank of Missouri, Attn: Bankruptcy, 906 N. Kingshighway, Perryville MO 63775-1204 |
| 18097947 | + | Webbank/onemain/fis, Po Box 3316, Evansville IN 47732-3316 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDABIRDSELL | Jul 07 2026 06:14:00 | DAVID A. BIRDSELL, David A. Birdsell, Bankruptcy Trustee, 216 N Center St, Mesa, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Jul 07 2026 06:14:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18097900 | + | EDI: TCISOLUTIONS.COM | Jul 07 2026 06:14:00 | 1st Access/tbom/vt, Po Box 89028, Sioux Falls SD 57109-9028 |
| 18097901 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 02:52:22 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso TX 79998-1535 |
| 18097902 | + | EDI: APPLIEDBANK.COM | Jul 07 2026 06:14:00 | Applied Bank, 2200 Concord Pike, Wilmington DE 19803-2978 |
| 18097903 | + | EDI: AZDEPREV.COM | Jul 07 2026 06:14:00 | Arizona Department of Revenue, P.O. Box 52016, Phoenix AZ 85072-2016 |
| 18097904 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 07 2026 02:39:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 18097905 | + | Email/Text: bk@avant.com | Jul 07 2026 02:41:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago IL 60601-1112 |
| 18097906 | | EDI: BANKAMER | Jul 07 2026 06:14:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington DE 19886 |
| 18097908 | | Email/Text: BNBSB@capitalsvcs.com | Jul 07 2026 02:39:00 | Bryant State Bank, Attn: Bankruptcy Dept, Po Box 215, Bryant SD 57221 |
| 18097907 | + | Email/Text: nlorenz@bankofmissouri.com | Jul 07 2026 02:40:00 | Bank of Missouri, Attn: Bankruptcy, Po Box 309, Perryville MO 63775-0309 |
| 18097914 | | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2026 02:40:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo NY 12420 |
| 18097915 | | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2026 02:40:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington DE 19808 |
| 18097909 | + | EDI: CAPITALONE.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 07 2026 06:14:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 18097910 | + | EDI: CITICORP | Jul 07 2026 06:14:00 | Citibank/Best Buy, Attn: Bankruptch Department, P.O.Box 790046, St. Louis MO 63179-0046 |
| 18097911 | + | EDI: WFNNB.COM | Jul 07 2026 06:14:00 | Comenity/Burlington CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus OH 43218-2125 |
| 18097912 | + | EDI: WFNNB.COM | Jul 07 2026 06:14:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 18097913 | + | EDI: PHINGENESIS | Jul 07 2026 06:14:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 18097916 | + | EDI: CITICORP | Jul 07 2026 06:14:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls SD 57117-6500 |
| 18097917 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2026 02:52:59 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 18097918 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2026 02:52:12 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 18097919 | + | EDI: DISCOVER | Jul 07 2026 06:14:00 | Discovercard, Po Box 30939, Salt Lake City UT 84130-0939 |
| 18097921 | | Email/Text: BNSFN@capitalsvcs.com | Jul 07 2026 02:39:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls SD 57117 |
| 18097922 | | Email/Text: BNSFN@capitalsvcs.com | Jul 07 2026 02:39:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls SD 57117 |
| 18097923 | | Email/Text: BNSFS@capitalsvcs.com | Jul 07 2026 02:39:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls SD 57117 |
| 18097924 | | Email/Text: BNSFS@capitalsvcs.com | Jul 07 2026 02:39:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls SD 57117 |
| 18097920 | ^ | MEBN | Jul 07 2026 02:38:16 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls SD 57118-5650 |
| 18097925 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 07 2026 02:39:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta GA 30348-5555 |
| 18097926 | + | EDI: AMINFOFP.COM | Jul 07 2026 06:14:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls SD 57104-4824 |
| 18097927 | + | EDI: PHINGENESIS | Jul 07 2026 06:14:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 18097928 | + | Email/Text: bk@hughesfcu.org | Jul 07 2026 02:41:00 | Hughes Fcu, Hughes Federal Credit Union, Attn: Bankr, Po Box 11900, Tucson AZ 85734-1900 |
| 18097930 | | EDI: IRS.COM | Jul 07 2026 06:14:00 | IRS, Central Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 18097929 | + | Email/Text: bankruptcy@webbank.com | Jul 07 2026 02:39:00 | Imagine Credit, Attn: Account ServicesBankruptcy, Po Box 105824, Atlanta GA 30348-5824 |
| 18097932 | | Email/Text: ml-ebn@missionlane.com | Jul 07 2026 02:39:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta GA 30348 |
| 18097934 | | Email/Text: connectcommunications@mrvbanks.com | Jul 07 2026 02:40:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls SD 57118 |
| 18097933 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 07 2026 02:52:24 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco CA 94105-1909 |
| 18097936 | | Email/Text: bankruptcy.notices@sparrowcard.com | Jul 07 2026 02:40:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy, 9450 Sw Gemini Dr. #87446, Beaverton OR 97008 |
| 18097937 | | Email/Text: bankruptcy@sunbit.com | | |

| | | | |
|---|---|---|---|
| | | Jul 07 2026 02:39:00 | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy, Po Box 24010, Los Angeles CA 90024 |
| 18097935 | + Email/Text: servicing@svcfin.com | Jul 07 2026 02:40:00 | Service Finance Company, Attn: Bankruptcy, 555 South Federal Highway, Boca Raton FL 33432-6033 |
| 18097938 | + EDI: SYNC | Jul 07 2026 06:14:00 | Syncb/Walgreens, Attn: Bankruptcy, Po Box 669802, Orlando FL 32896-0001 |
| 18097939 | + EDI: SYNC | Jul 07 2026 06:14:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando FL 32896-5065 |
| 18097940 | + EDI: SYNC | Jul 07 2026 06:14:00 | Synchrony Bank/Chevron, Attn: Bankruptcy, Po Box 965065, Orlando FL 32896-5065 |
| 18097941 | + EDI: SYNC | Jul 07 2026 06:14:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando FL 32896-5065 |
| 18097942 | + EDI: SYNC | Jul 07 2026 06:14:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965065, Orlando FL 32896-5065 |
| 18097943 | + EDI: WTRRNBANK.COM | Jul 07 2026 06:14:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 18097945 | + EDI: TCISOLUTIONS.COM | Jul 07 2026 06:14:00 | Total Visa/tbom/vt, Po Box 84930, Sioux Falls SD 57118-4930 |
| 18097946 | + EDI: USBANKARS.COM | Jul 07 2026 06:14:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinatti OH 45201-5229 |
| 18097948 | + EDI: WFFC2 | Jul 07 2026 06:14:00 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis MN 55480-0393 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID A. BIRDSELL | ecf@azbktrustee.com response@azbktrustee.com,AZ15@ecfcbis.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor BEDER P KHAN tom@cutlerltd.com documents@phxfreshstart.com |

U.S. TRUSTEE USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | BEDER P KHAN<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5680 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Arizona | | |
| Case number: | 2:26–bk–02707–EPB | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

BEDER P KHAN

7/6/26

**By the court:** Eddward P Ballinger Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**